**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CARMEN A. ZAMMIELLO,**

> **Plaintiff,**

**v.**                                                            **Case No.  4:16cv572-MW/CAS**

**JULIE JONES, et al.,**

> **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation.  ECF No. 8.   Upon consideration, no objections having

been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's

opinion.  The Clerk shall enter judgment stating, "Plaintiff's motions to proceed in

forma pauperis, ECF Nos. 4 and 7, are **DENIED** pursuant to 28 U.S.C. § 1915(g).

Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice**, and all other

pending motions are **DENIED**.  (ECF Nos. 2 and 6)  The Clerk shall note on the

docket lines this case is dismissed pursuant to 28 U.S.C. § 1915(g)." The Clerk

shall close the file.

SO ORDERED on November 28, 2016.

s/Mark E. Walker
United States District Judge